1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BRENDA  L. VANDYKE,

11            Plaintiff,                    No. CIV.S. 07-1877 FCD GGH PS

12        vs.

13    NORTHERN LEASING SYSTEM, INC., et al.,

14                              ORDER

15          Defendants.

16    _____/

17          Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority

18    pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this

19    court by Local Rule 72-302(c)(21).

20          Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

21    unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in

22    forma pauperis will be granted.  28 U.S.C. § 1915(a).

23          Determining plaintiff may proceed in forma pauperis does not complete the

24    required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at

25    any time if it determines the allegation of poverty is untrue, or if the action is frivolous or

26    malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against

1

1  an immune defendant.  The court cannot make this determination on the present record.

2  Therefore, the court reserves decision on these issues until the record is sufficiently developed.

3         Good cause appearing, IT IS ORDERED that:

4         1.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is

5  directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ.

6  P. 4, including a copy of this court's status order, without prepayment of costs.

7         2.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,

8  a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this

9  court's status order.

10         3.  Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date

11  this order is filed, all information needed by the Marshal to effect service of process.  The court

12  anticipates that, to effect service, the U.S. Marshal will require at least:

13                 a.  One completed summons;

14                 b.  One completed USM-285 form for each defendant;

15                 c.  A copy of the endorsed filed complaint for each defendant, with an

16                 extra copy for the U.S. Marshal; and

17                 d.  A copy of this court's status order for each defendant.

18         4.  In the event the U.S. Marshal is unable, for any reason whatsoever, to

19  effectuate service on any defendant within 90 days from the date of this order, the Marshal is

20  directed to report that fact, and the reasons for it, to the undersigned.

21         5.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

22  Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

23  DATED: 11/19/07

24                                    /s/ Gregory G. Hollows

                                      _____
25                                    GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE
26  GGH:076
    Vandyke1877.srv.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26