1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRENDA  L. VANDYKE,

11            Plaintiff,                    No. CIV.S. 07-1877 FCD GGH PS

12        vs.

13   NORTHERN LEASING SYSTEM, INC., et al.,

14                                   ORDER

15        Defendants.

16   _____/

17            Plaintiff is proceeding in this action pro se and in forma pauperis.  This

18   proceeding was referred to this court by Local Rule 72-302(c)(21).

19            After this court screened the complaint and determined service was appropriate,

20   plaintiff filed an amended complaint which the court has now reviewed.  Pursuant to 28 U.S.C. §

21   1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of

22   poverty is untrue, or if the action is frivolous or malicious, fails to state a claim on which relief

23   may be granted, or seeks monetary relief against an immune defendant.  The court cannot make

24   this determination on the present record.  Therefore, the court reserves decision on these issues

25   until the record is sufficiently developed.

26            Good cause appearing, IT IS ORDERED that:

1

1    1.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is

2  directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ.

3  P. 4, including a copy of this court's status order, without prepayment of costs.

4    2.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

5  a copy of the amended complaint, an appropriate form for consent to trial by a magistrate judge,

6  and this court's status order.

7    3.  Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date

8  this order is filed, all information needed by the Marshal to effect service of process.  The court

9  anticipates that, to effect service, the U.S. Marshal will require at least:

10    a.  One completed summons;

11    b.  One completed USM-285 form for each defendant;

12    c.  A copy of the endorsed filed amended complaint for each defendant,

13      with an extra copy for the U.S. Marshal; and

14    d.  A copy of this court's status order for each defendant.

15    4.  In the event the U.S. Marshal is unable, for any reason whatsoever, to

16  effectuate service on any defendant within 90 days from the date of this order, the Marshal is

17  directed to report that fact, and the reasons for it, to the undersigned.

18    5.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

19  Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

20  DATED: 04/23/08

21    /s/ Gregory G. Hollows

22    GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

23  GGH:076
    Vandyke1877.amd.wpd

24

25

26