IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA L. VANDYKE,

    Plaintiff,                   No. CIV.S. 07-1877 FCD GGH PS

    vs.

NORTHERN LEASING SYSTEM, INC., et al.,

                              ORDER TO SHOW CAUSE

    Defendants.

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        On May 8, 2008, process receipts and returns were filed for the two defendants in this case, indicating personal service of the complaint on March 26, 2008. (Docket #s 11, 12.) Defendants Northern Leasing System, Inc. and Jay Cohen have not responded.

        Accordingly, IT IS ORDERED that within thirty days of this order, plaintiff shall show cause for her failure to move for entry of default against these defendants, and file her

\\\\\

\\\\\

\\\\\

1

1  application for entry of default.  Failure to comply with this order will result in a
2  recommendation that the action be dismissed.
3  DATED: 09/26/08

/s/ Gregory G. Hollows

4
_____
GREGORY G. HOLLOWS
5  UNITED STATES MAGISTRATE JUDGE
GGH:076
6  Vandyke1877.osc.wpd