IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA L. VANDYKE,

     Plaintiff,                   No. CIV.S. 07-1877 FCD GGH PS

    vs.

NORTHERN LEASING SYSTEM, INC., et al.,

<u>ORDER</u>

     Defendants.

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        On September 26, 2008, this court ordered plaintiff to show cause for her failure to move for entry of default against these defendants, and file her application for entry of default. Plaintiff responded by filing a letter indicating much confusion with the service process, and requesting whether process should be served again.

        While not finally ruling on the validity of service at present, after reviewing the record, it appears that service of the amended complaint was effectuated on September 4, 2008, by personal service on an agent for service of process, a "temp" receptionist at Northern Leasing System, Inc., the only defendant named in the amended complaint. (Docket # 16.)  The court

1  has also verified with the United States Marshal that service was indeed effectuated by service on
2  the receptionist.
3        Accordingly, IT IS ORDERED that within thirty days of this order, plaintiff shall
4  file her application for entry of default.  This application shall be mailed served on the defendant
5  at the last known mailing address.  Failure to comply with this order will result in a
6  recommendation that the action be dismissed.
7  DATED: December 5, 2008

                /s/ Gregory G. Hollows

             _____
             GREGORY G. HOLLOWS
             UNITED STATES MAGISTRATE JUDGE

GGH:076
Vandyke1877.def.wpd