IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA  L. VANDYKE,

       Plaintiff,                No. CIV.S. 07-1877 FCD GGH PS

    vs.

NORTHERN LEASING SYSTEM, INC., et al.,

                        ORDER

       Defendants.

_____/

       Plaintiff is proceeding in this action pro se and in forma pauperis.  This proceeding was referred to this court by Local Rule 72-302(c)(21).

       By order filed February 10, 2009, this court vacated plaintiff's motion for default judgment, and permitted defendant to file a motion for relief of entry of default within ten days thereafter.  Plaintiff was directed to file an opposition at least 14 days prior to the noticed hearing date.  After defendants filed their motion, noticing it on the March 26, 2009 calendar, plaintiff filed a document entitled "motion for opposition," on February 20, 2009.  Plaintiff requests a second hearing on March 5, 2008 [sic].

       Plaintiff is informed that hearings must be timely noticed under the local rules which require 28 days notice.  E.D. Local Rule 78-230.  Furthermore, plaintiff is reminded that

1   her opposition to defendants' motion must be filed and served by March 12, 2009 in accordance

2   with the February 10th order.

3          Accordingly, IT IS ORDERED that plaintiff's request for a hearing on March 5,

4   2009, is denied.

5   DATED: February 26, 2009

                                           /s/ Gregory G. Hollows

6                                          _____
                                           GREGORY G. HOLLOWS
7                                          UNITED STATES MAGISTRATE JUDGE

    GGH:076
8   Vandyke1877.ord.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26