IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA L. VANDYKE,

        Plaintiff,                    CIV-S-07-1877 FCD GGH PS

    vs.

NORTHERN LEASING
SYSTEM, INC., et al.,

        Defendants.              ORDER

_____/

        On May 14, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff filed objections on June 1, 2009, and they were considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

      1. The Findings and Recommendations filed May 14, 2009, are ADOPTED; and

      2. Defendant NLS' motion to set aside the default is granted, and NLS is permitted to file another responsive pleading or an answer within thirty days of the filed date of this order.

DATED: July 13, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE