IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA L. VANDYKE,

   Plaintiff,      CIV-S-07-1877 FCD GGH PS

  vs.

NORTHERN LEASING
SYSTEM, INC., et al.,

   Defendants.     ORDER
_____/

    On October 14, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff filed objections on October 30, 2009, defendants filed objections on November 3, 2009, plaintiff filed a response to defendants' objections on November 16, 2009, and they were considered by the district judge.

    This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

1

1 United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
2 reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
3 1983).
4       The court has reviewed the applicable legal standards and, good cause appearing,
5 concludes that it is appropriate to adopt the Findings and Recommendations in full.
6 Accordingly, IT IS ORDERED that:
7       1.  The Findings and Recommendations filed October 14, 2009, are ADOPTED;
8 and
9       2.  The motion to dismiss by defendant NLS, filed August 12, 2009, is granted in
10 part and denied in part, and defendant is directed to file an answer to claims under the FCRA and
11 California's Unfair Business Practice Act within thirty days of the filed date of this order.
12 DATED: December 4, 2009.

                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE