IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA L. VANDYKE,

     Plaintiff,                  No. CIV.S. 07-1877 FCD GGH PS

   vs.

NORTHERN LEASING SYSTEM, INC., et al.,

     Defendants.            ORDER
_____/

       Plaintiff, proceeding pro se and in forma pauperis, has filed a motion to strike defendant's answer. Not only is the motion not properly noticed, it has no merit. See Fed. R. Civ. P. 12; Order, filed December 7, 2009.

       Accordingly, IT IS ORDERED that:

       1. Plaintiff's motion to strike, filed January 12, 2010, is denied.

       2. The parties are referred to the court's order requiring timely service and joint status report, filed April 23, 2008 (dkt. # 9) regarding initial disclosures and filing of the joint status report.

DATED: January 26, 2010

                                   /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH/076/VanDyke1877.21.wpd

1