IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA L. VANDYKE,

    Plaintiff,                    No. CIV.S. 07-1877 FCD GGH PS

    vs.

NORTHERN LEASING SYSTEM, INC., et al.,

    Defendants.             <u>ORDER</u>

_____/

        All parties have stipulated that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: March 17, 2010

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

GGH:076/VanDyke1877.59.wpd

1